MCGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER GONZALES<br>JAKE PHILLIP JINES<br>SAMUEL ELIJAHSIDNEY SCOTT,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:17-CR-162-TLN<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 12, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.　By previous order, this matter was set for status on July 12, 2018.

2.　By this stipulation, the parties move to continue the status conference until September 13, 2018, and to exclude time between July 12, 2018, and September 13, 2018, under Local Code T4.

3.　The parties agree and stipulate, and request that the Court find the following:

　a)　The government has represented that it has produced discovery in the form of investigative reports and photographs, which the defendants need further time to review, discuss with their counsel, and pursue investigation. The government has also made available to the defense electronic surveillance discovery, which the defendants will need time to review.

　b)　Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 12, 2018 to September 13, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  July 9, 2018           McGREGOR W. SCOTT
                    United States Attorney

                    */s/ James R. Conolly*
                    JAMES R. CONOLLY
                    Assistant United States Attorney

Dated:  July 9, 2018           */s/ Timothy Zindel*
                    TIMOTHY ZINDEL
                    Counsel for Defendant
                    Christopher Gonzalez

Dated:  July 9, 2018           */s/ Olaf Hedberg*
                    OLAF HEDBERG
                    Counsel for Defendant
                    Jake Jines

Dated:  July 9, 2018           */s/ Michael D. Long*
                    MICHAEL D. LONG
                    Counsel for Defendant
                    Samuel Scott

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 13, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). It is further ordered that the July 12, 2018 status conference shall be continued until September 13, 2018, at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 10 day, of July, 2018.

_____
THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE