The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>JAKE PHILIP JINES | Case Number: 2:17-CR-000162 TLN<br><br>**FINDINGS AND ORDER SEALING DEFENDANT'S REQUEST TO SEAL AND SENTENCING BRIEF** |

    Having considered the Defendant's Request to Seal, Competency Brief and accompanying exhibits, Local Rule 141(b) and the considerations set forth in the case of *Oregonian Publishing Co. v. United States District Court for the District of Oregon*, 920 F.2d 1462, 1466 (9th Cir. 1990) .

THE COURT HEREBY FINDS THAT:

1. Defendant's privacy interest in his San Joaquin County Social Services records in summary form contained in the Client History and right to effective assistance of counsel are compelling interests;

2. In the absence of sealing these compelling interests would be harmed;

3. There are no alternatives to sealing that would adequately protect those compelling interests.

Therefore, IT IS ORDERED THAT Defendant's Client History and Request to Seal be filed under seal

DATED: November 22, 2019

Troy L. Nunley
United States District Judge